J. A. SHELTON v. M. S. HODGES ET AL.

(Filed 15 May, 1929.)

**Appeal and Error J a—Appeal from denial of judgment on pleadings will be dismissed.**

> An appeal to the Supreme Court will lie only from final judgment, and an appeal from the denial of a motion for judgment on the pleadings will be dismissed.

APPEAL by plaintiff from *Schenck, J.,* at November Term, 1928, of HENDERSON.

Civil action arising *ex contractu* for certain construction work and to recover on an award.

Defendant filed answer, alleged noncompliance on the part of plaintiff, and asked for judgment by way of counterclaim.

Plaintiff moved for judgment on the pleadings. Overruled; exception and appeal. This is the only assignment of error appearing on the record.

*L. B. Prince for plaintiff.*
*Blythe & Sheppard for defendant.*

PER CURIAM. The appeal must be dismissed on authority of *Gilliam v. Jones,* 191 N. C., 621, 132 S. E. 566.

The denial of a motion for judgment on the pleadings is not appealable, as there is no final judgment.

Appeal dismissed.